IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION | HEARING DATE |
|---|---|---|
| 4:02cr3050 | USA v. Eric Behrens | 12/16/02 |
| 4:02cr3056 | USA v. Steven Tolstedt | 4/8/03; 11/2/05 |
| 4:02cr3060 | USA v. Vicente Lopez-Delacruz | 8/9/02 |
| 4:02cr3061 | USA v. Jose Perez-Roman | 5/2/02 |
| 4:02cr3063 | USA v. Luis Gonzalez | 10/31/02 |
| 4:02cr3064 | USA v. Amy Delaney | 8/26/02 |
| 4:02cr3075 | USA v. Cruz Alaniz | 2/4/03 |
| 4:02cr3077 | USA v. Antonio Valadez | 5/2/02 |
| 4:02cr3085 | USA v. Gregory Grantski | 12/13/02 |
| 4:02cr3087 (4:02mj3017) | USA v. Rogelio Sanchez-Zamudio | 5/8/02; 8/2/02; 8/8/02 |
| 4:02cr3095 | USA v. John Linscott | 7/25/02 |
| 4:02cr3100 | USA v. Clinton Webb | 1/29/03 |
| 4:02cr3103 | USA v. Jose Mendez-Morales | 3/21/03; 6/30-7/1/03 |
| 4:02cr3107 | USA v. Roberto Mendoza | 7/25/03 |
| 4:02cr3109 | USA v. Bryant Welerford | 8/7/02 |
| 4:02cr3112 | USA v. Jonathon Trejo | 9/9/02 |
| 4:02cr3121 | USA v. Pablo Favela-Corral | 9/12/03 |
| 4:02cr3123 | USA v. Robert Mulder | 8/30/02; 3/28/03 |
| 4:02cr3136 | USA v. James Kirby III | 11/8/02 |
| 4:02cr3142 | USA v. Joaquin Figueroa-Flores | 10/4/02; 10/31/02 |
| 4:02cr3149 | USA v. On Say Lo | 10/7/03 |
| 4:02cr3188 | USA v. Aundra Gilbert | 12/17/02 |
| 4:02cr3191 | USA v. Mitchell Moua | 3/20/03 |
| 4:02cr3191 | USA v. Xiong Seng | 3/7/03 |
| 4:02cr3192 | USA v. Seferino Carillo | 11/14/02 |
| 4:02cr3203 | USA v. Epifanio Chavira | 2/13/03 |
| 4:02cr3205 | USA v. Jose Rivas & Guadalupe Labrada | 12/4/02 |
| 4:02cr3208 | USA v. Tracey Buchanan | 1/28/03 |
| 4:02cr3212 | USA v. George Niflis | 3/5/03 |

DATED this 10th day of February, 2006.

BY THE COURT

s/ RICHARD G. KOPF
United States District Judge